**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Kevin John Herne v. Megan Majorie Herne

Appellate case number:   01-21-00291-CV

Trial court case number:  2020-27857

Trial court:                      280th District Court of Harris County

Appellant's "Second Motion to Extend Time to File Brief of Appellant" is **granted** and the Court orders appellant to file his brief within **10 days** of the date of this order. Unless appellant's brief is filed within **10 days** of this order, the appeal will be dismissed for want of prosecution. No further extensions will be granted.

It is so ORDERED.


Judge's signature: _____/s/ Gordon Goodman_____
                                        Acting individually



Date: __January 24, 2023_____